1   Michael G. Marderosian, No. 077296
    Heather S. Cohen, No. 263093
2   MARDEROSIAN, RUNYON, CERCONE & COHEN
    1260 Fulton Mall
3   Fresno, CA 93721
    Telephone:  (559) 441-7991
4   Facsimile: (559) 441-8170

5   Virginia Gennaro, No. 138877
    City Attorney
6   CITY OF BAKERSFIELD
    1501 Truxtun Avenue
7   Bakersfield, CA  93301
    Telephone:  (661) 326-3721
8   Facsimile:  (661) 852-2020

9   Attorneys for:  Defendants CITY OF BAKERSFIELD, CHRISTOPHER DALTON, and GREG
                    WILLIAMSON
10

11              UNITED STATES DISTRICT COURT

12       EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

13

14  VICTORIA P. YOUNGBLOOD,            )   Case No.  1:12-CV-01150-AWI-JLT
                                       )
        Plaintiff,                     )   **STIPULATION TO ALLOW
15                                     )   DEFENDANTS TO FILE AN
    v.                                 )   AMENDED ANSWER TO
16                                     )   COMPLAINT; [PROPOSED]
    CITY OF BAKERSFIELD, CHRISTOPHER   )   ORDER THEREON**
17  DALTON, GREG WILLIAMSON, and       )
    DOES 1 to 100, inclusive,          )
18                                     )   *Trial Date:  April 22, 2014*
        Defendants.                    )
19  _____)

20          IT IS HEREBY STIPULATED by and between the parties hereto, through their respective

21  attorneys of record, that defendants CITY OF BAKERSFIELD, CHRISTOPHER DALTON and

22  GREG WILLIAMSON may file an Amended Answer to Complaint, a copy of which is attached hereto

23  as Exhibit A.

24  Dated: December 17, 2012           MARDEROSIAN, RUNYON,
                                       CERCONE & COHEN
25

26                                     By:___/s/ Michael G. Marderosian_____
                                          Michael G. Marderosian
27                                        Attorney for Defendants above-named.

28

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721

1  Dated: December 17, 2012                    RODRIGUEZ & ASSOCIATES

2
                                              By:____/s/ Martha Rossiter_____
3                                                  Martha Rossiter,
                                                   Attorney for Plaintiff
4

5                                    **ORDER**

6          Based upon the foregoing, the Court **ORDERS**:

7          1.      Defendants City of Bakersfield, Christopher Dalton and Greg Williamson may file

8                  their Amended Answer to Complaint attached to the stipulation as Exhibit A;

9          2.      Defendants **SHALL** file their amended answer **within two court days** of service of

10                 this order.

11  IT IS SO ORDERED.

12  Dated:   **December 21, 2012**                    _____**/s/ Jennifer L. Thurston**_____
                                                      UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28