1   Michael G. Marderosian, No. 077296
    Heather S. Cohen, No. 263093
2   MARDEROSIAN, RUNYON, CERCONE & COHEN
    1260 Fulton Mall
3   Fresno, CA 93721
    Telephone:  (559) 441-7991
4   Facsimile: (559) 441-8170

5   Virginia Gennaro, No. 138877
    City Attorney
6   CITY OF BAKERSFIELD
    1501 Truxtun Avenue
7   Bakersfield, CA  93301
    Telephone:  (661) 326-3721
8   Facsimile:  (661) 852-2020

9   Attorneys for:  Defendants CITY OF BAKERSFIELD, CHRISTOPHER DALTON, and GREG
                    WILLIAMSON
10

11              UNITED STATES DISTRICT COURT

12          EASTERN DISTRICT OF CALIFORNIA / FRESNO DIVISION

13
    VICTORIA P. YOUNGBLOOD,            )   Case No.  1:12-CV-01150-AWI-JLT
14                                     )
              Plaintiff,               )   **STIPULATION AND ORDER FOR**
15                                     )   **PHYSICAL AND MENTAL**
         v.                            )   **EXAMINATIONS OF PLAINTIFF**
16                                     )   **VICTORIA YOUNGBLOOD**
    CITY OF BAKERSFIELD, CHRISTOPHER   )
17  DALTON, GREG WILLIAMSON, and       )   (Doc. 29)
    DOES 1 to 100, inclusive,          )
18                                     )
              Defendants.              )
19  _____)

20                          **STIPULATION**

21          IT IS HEREBY STIPULATED by and between plaintiff Victoria Youngblood and defendants

22  City of Bakersfield, Christopher Dalton and Greg Williamson (collectively "defendants"), through

23  their respective attorneys, as follows:

24          1.     The physical and mental conditions of the plaintiff are "in controversy" within the

25  meaning of Federal Rule of Civil Procedure 35 ("Rule 35"), which sets forth the procedures for the

26  examination of persons whose physical and/or mental conditions are in controversy.

27  ///

28  ///

1   <u>Examination by Carl F. Hoppe, Ph.D.</u>

2       2.    Carl F. Hoppe, Ph.D., has been retained by defendants to conduct an examination of

3   the plaintiff pursuant to Rule 35.  A copy of Dr. Hoppe's curriculum vitae is attached hereto as Exhibit

4   A.

5       3.    Plaintiff will voluntarily appear for and submit to a psychological examination,

6   including, but not limited to, oral interviews, written questionnaires and self administering tests, to be

7   conducted by Carl F. Hoppe, Ph.D., on July 17, 2013, at 10:30 a.m. at 360 N. Bedford Drive, Suite

8   215, Beverly Hills, California.

9       4.    This examination is relevant to plaintiff's claim of severe emotional distress, including

10   nightmares, insomnia, anxiety and fear, and her diagnosis of post traumatic stress disorder.

11       5.    At the time of said examination, plaintiff will answer all proper questions and inquiries

12   pertaining to the emotional affect the injury has had on plaintiff's life, and for the purpose of making

13   a proper diagnosis of the plaintiff's condition.

14   <u>Examination by Gary M. Tearston, M.D., F.A.C.S.</u>

15       6.    Gary M. Tearston, M.D., F.A.C.S., has been retained by defendants to conduct an

16   examination of the plaintiff pursuant to Rule 35.  A copy of Dr. Tearston's curriculum vitae is attached

17   hereto as Exhibit B.

18       7.    Plaintiff Victoria P. Youngblood will submit to a physical examination to be conducted

19   by Gary M. Tearston, M.D., F.A.C.S., on July 17, 2013, at 2 p.m. at 9201 W. Sunset Blvd., Suite 401,

20   West Hollywood, California.

21       8.    In addition to questioning by Dr. Tearson relating to plaintiff's complaints, this

22   examination shall include a comprehensive physical examination of the neck, head, ears, scalp and

23   facial areas, including but not limited to an examination of the external auditory canal.  This

24   examination is relevant to plaintiff's claim of pain, sensory changes, and disfigurement.

25       9.    At the time of said examination, plaintiff will answer all proper questions and inquiries

26   pertaining to her neck, head, ears, scalp and facial areas, for the purpose of making a proper diagnosis

27   of the plaintiff's condition.

28   ///

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721

2

1   <u>Examination by Martin L. Hopp, M.D.</u>

2       10.     Martin L. Hopp, M.D., has been retained by defendants to conduct an examination of

3   the plaintiff pursuant to Rule 35.  A copy of Dr. Hopp's curriculum vitae is attached hereto as Exhibit

4   C.

5       11.     Plaintiff Victoria P. Youngblood will submit to a physical examination to be conducted

6   by Martin L. Hopp, M.D., on July 18, 2013, at 2 p.m. at 8631 W. Third Street, Suite 400 East, Los

7   Angeles, California 90048.

8       12.     The examination shall include comprehensive testing and examination of the plaintiff

9   in the head and neck areas, including but not limited to (a) complete examination of the outer ear,

10  tympanic membrane and visible middle ear; (b) full audiological examination which also includes pure

11  tone, discrimination, tympanogram, and acoustic relexes; (c) complete examination of the nasopharynx

12  and Eustachian tube, not including x-rays, and (d) complete examination of the oral cavity,

13  oropharynx, larynx and neck.  This examination is relevant to plaintiff's claim of hearing loss and

14  impairment.  In addition, such examination shall include any and all other tests which are ordinarily

15  deemed a part of a general auditory examination.  The examiner will proceed with care, as he has been

16  informed that Plaintiff's ear is sensitive and painful to the touch.

17      13.     At the time of said examination, plaintiff will answer all proper questions and inquiries

18  pertaining to hearing and hearing loss, for the purpose of making a proper diagnosis of the plaintiff's

19  condition.

20  <u>Good Cause</u>

21      14.     Good cause exists for the Court to enter this Stipulation as an Order of the Court.

22      15.     Nothing herein shall preclude the parties from entering into other stipulations or

23  agreements relating to the Rule 35 examinations of plaintiff.

24  Dated:  June 26, 2013                     MARDEROSIAN, RUNYON,
25                                            CERCONE & COHEN

26

27                                            By:____/s/ Michael G. Marderosian_____
28                                                 Michael G. Marderosian
                                                   Attorney for Defendants above-named.

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721                                  3

1  Dated:  June 26, 2013                            RODRIGUEZ & ASSOCIATES

2

3                                                   By:_____/s/ Martha Rossiter_____
                                                        Martha Rossiter
4                                                       Attorney for Plaintiff

5

6                                          **ORDER**

7          The above stipulation is hereby accepted and approved.  The terms of the stipulation set forth

8  above are hereby adopted as an Order of this Court.

9

10

11  IT IS SO ORDERED.

12  Dated:  **June 26, 2013**                              _____**/s/ Jennifer L. Thurston**_____
                                                            UNITED STATES MAGISTRATE JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MARDEROSIAN,
RUNYON, CERCONE
& COHEN
1260 Fulton Mall
Fresno, CA 93721                                    4