Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone:  (559) 441-7991
Facsimile:  (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone:  (661) 326-3721
Facsimile:  (661) 852-2020

Attorneys for: 	Defendants CITY OF BAKERSFIELD, CHRISTOPHER DALTON, GREG WILLIAMSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| VICTORIA P. YOUNGBLOOD,<br><br>        Plaintiff,<br><br>    vs.<br><br>CITY OF BAKERSFIELD, CHRISTOPHER DALTON, GREG WILLIAMSON, and DOES 1 to 100, Inclusive,<br><br>        Defendants. | ) Case No. 1:12-CV-01150-AWI-JLT<br>)<br>) **ORDER FOR MISCELLANEOUS**<br>) **RELIEF TO FILE EXHIBITS TO**<br>) **DEFENDANTS' MOTION FOR**<br>) **SUMMARY JUDGMENT, OR IN THE**<br>) **ALTERNATIVE, PARTIAL**<br>) **SUMMARY JUDGMENT UNDER**<br>) **SEAL**<br>)<br>) *Trial Date:  April 22, 2014*<br>)<br>) |

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT the following documents submitted in support of defendants' Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment shall be filed under seal.

1. Exhibit M to the Declaration of Michael G. Marderosian in Support of Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment;
2. Exhibit N to the Declaration of Michael G. Marderosian in Support of Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment;
3. Exhibit A to the Declaration of Matthew Hilliard in Support of Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment; and
4. Exhibit B to the Declaration of Matthew Hilliard in Support of Motion for Summary Judgment, or in the Alternative, Partial Summary Judgment.

IT IS SO ORDERED.

Dated:   November 25, 2013                      _____
                                                SENIOR DISTRICT JUDGE