1  Michael G. Marderosian, No. 77296
2  Heather S. Cohen, No. 263093
   MARDEROSIAN, RUNYON, CERCONE & COHEN
3  1260 Fulton Mall
4  Fresno, CA 93721
   Telephone:  (559) 441-7991
5  Facsimile:  (559) 441-8170
6
7  Virginia Gennaro, No. 138877
   City Attorney
8  CITY OF BAKERSFIELD
9  1501 Truxtun Avenue
   Bakersfield, CA 93301
10 Telephone:  (661) 326-3721
11 Facsimile:  (661) 852-2020
12
   Attorneys for:      Defendants CITY OF BAKERSFIELD, CHRISTOPHER DALTON,
13                     GREG WILLIAMSON
14
15                    UNITED STATES DISTRICT COURT
16                    EASTERN DISTRICT OF CALIFORNIA
17

18 VICTORIA P. YOUNGBLOOD,              ) Case No. 1:12-CV-01150-AWI-JLT
                                        )
19          Plaintiff,                  ) **ORDER FOR MISCELLANEOUS**
20                                      ) **RELIEF TO FILE EXHIBITS TO**
                                        ) **DEFENDANTS' MOTION FOR**
21    vs.                               ) **SUMMARY JUDGMENT, OR IN THE**
                                        ) **ALTERNATIVE, PARTIAL**
22 CITY OF BAKERSFIELD,                 ) **SUMMARY JUDGMENT UNDER**
23 CHRISTOPHER DALTON, GREG             ) **SEAL**
   WILLIAMSON, and DOES 1 to 100,       )
24 Inclusive,                           )
25                                      ) *Trial Date:  April 22, 2014*
                                        )
26          Defendants.                 )
                                        )
27 _____
28



                              1

1       GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT

2  the following documents submitted in support of defendants' Motion for Summary

3  Judgment, or in the Alternative, Partial Summary Judgment shall be filed under seal.

4      1. Exhibit M to the Declaration of Michael G. Marderosian in Support of Motion

5         for Summary Judgment, or in the Alternative, Partial Summary Judgment;

6      2. Exhibit N to the Declaration of Michael G. Marderosian in Support of Motion

7         for Summary Judgment, or in the Alternative, Partial Summary Judgment;

8      3. Exhibit A to the Declaration of Matthew Hilliard in Support of Motion for

9         Summary Judgment, or in the Alternative, Partial Summary Judgment; and

10     4. Exhibit B to the Declaration of Matthew Hilliard in Support of Motion for

11        Summary Judgment, or in the Alternative, Partial Summary Judgment.

12

13 IT IS SO ORDERED.

14 Dated:   November 25, 2013   _____

15               SENIOR  DISTRICT  JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28