1  DANIEL RODRIGUEZ, ESQ., SBN 096625
2  JOEL T. ANDREESEN, ESQ., SBN 152254
3  MARTHA J. ROSSITER, ESQ., SBN 256234
   RODRIGUEZ & ASSOCIATES
4  2020 EYE STREET, BAKERSFIELD, CA  93301
5  TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

6  Attorneys for Plaintiff VICTORIA YOUNGBLOOD

7
8
9
10             UNITED STATES DISTRICT COURT
11             EASTERN DISTRICT OF CALIFORNIA
12

| | |
|---|---|
| VICTORIA P. YOUNGBLOOD,<br><br>      Plaintiff,<br><br>  vs.<br><br>CITY OF BAKERSFIELD, CHRISTOPHER DALTON, GREG WILLIAMSON, and DOES 1 to 100, Inclusive,<br><br>      Defendants. | **Case No. 1:12-CV-01150-AWI-JLT**<br><br>**[PROPOSED] ORDER FOR RELIEF TO FILE TO FILE TO EXHIBIT TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT UNDER SEAL** |

///
///
///
///

GOOD CAUSE APPEARING THEREFORE, IT IS HEREBY ORDERED THAT the following documents submitted in support of Plaintiff's opposition to the Defendants' Summary Judgment or adjudication be filed under seal.

Exhibit 2 to the Declaration of Martha Rossiter in Support of Plaintiff's Opposition to the Motion for Summary Judgement.

IT IS SO ORDERED.

Dated:   December 24, 2013                    _____
                                              SENIOR DISTRICT JUDGE