DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
MARTHA J. ROSSITER, ESQ., SBN 256234
RODRIGUEZ & ASSOCIATES
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiff VICTORIA YOUNGBLOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. YOUNGBLOOD,<br><br>        Plaintiff,<br><br>   vs.<br><br>CITY OF BAKERSFIELD,<br>CHRISTOPHER DALTON, GREG<br>WILLIAMSON, and DOES 1 to 100,<br>Inclusive,<br><br>        Defendants. | **Case No. 1:12-CV-01150-AWI-JLT**<br><br>**ORDER FOR RELIEF TO FILE EXHIBIT TO PLAINTIFF'S OPPOSITION TO SUMMARY JUDGMENT UNDER SEAL** |

///

Good cause appearing, and in the absence of objections, IT IS HEREBY ORDERED THAT the following documents submitted in support of Plaintiff's opposition to the Defendants' Summary Judgment or adjudication be filed under seal.

1. Exhibit 1 to the Declaration of Martha Rossiter in Support of Plaintiff's Opposition to the Motion for Summary Judgment.
2. Exhibit 3 to the Declaration of Martha Rossiter in Support of Plaintiff's Opposition to the Motion for Summary Judgment.
3. Exhibit 4 to the Declaration of Martha Rossiter in Support of Plaintiff's Opposition to the Motion for Summary Judgment.
4. Exhibit 5 to the Declaration of Martha Rossiter in Support of Plaintiff's Opposition to the Motion for Summary Judgment.
5. Exhibit 6 to the Declaration of Martha Rossiter in Support of Plaintiff's Opposition to the Motion for Summary Judgment.
6. Exhibit 7 to the Declaration of Martha Rossiter in Support of Plaintiff's Opposition to the Motion for Summary Judgment.
7. Exhibit 8 to the Declaration of Martha Rossiter in Support of Plaintiff's Opposition to the Motion for Summary Judgment.
8. Exhibit 9 to the Declaration of Martha Rossiter in Support of Plaintiff's Opposition to the Motion for Summary Judgment.
9. Exhibit 10 to the Declaration of Martha Rossiter in Support of Plaintiff's Opposition to the Motion for Summary Judgment.
10. Exhibit 1 to the Declaration of Van Bogardus in Support of the Plaintiff's Opposition to the Motion for Summary Judgment.
11. Exhibit 2 to the Declaration of Van Bogardus in Support of the Plaintiff's Opposition to the Motion for Summary Judgment.

IT IS SO ORDERED.

Dated:   December 30, 2013                    _____
                                                        SENIOR  DISTRICT  JUDGE