IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. YOUNGBLOOD,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, CHRISTOPHER DALTON, GREG WILLIAMSON, and DOES 1 to 100, INCLUSIVE,<br><br>Defendants. | 1:12-cv-1150 AWI JLT<br><br>ORDER VACATING HEARING DATE OF JANUARY 6, 2014, AND TAKING MATTER UNDER SUBMISSION |

    In this action for damages, defendants City of Bakersfield, et al. ("Defendants") have noticed and filed a motion for summary judgment on the First Amended Complaint of plaintiff Victoria P. Youngblood ("Plaintiff"). The matter was scheduled for hearing on Defendant's motion to be held on January 6, 2014. The court has reviewed Defendant's motion, Plaintiff's opposition, Defendant's reply and the applicable law and has determined that the matter is suitable for decision without oral argument. Local Rule 78-230(h).

    THEREFORE, it is hereby ORDERED that the hearing date of January 6, 2014, is hereby VACATED and no party shall appear on that date. As of January 6, 2014, the court will take the matter under submission and will thereafter render its decision.

IT IS SO ORDERED.

Dated:   December 31, 2013                                       
                                                    SENIOR DISTRICT JUDGE