Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for: Defendants CITY OF BAKERSFIELD, CHRISTOPHER DALTON, GREG WILLIAMSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. YOUNGBLOOD,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, CHRISTOPHER DALTON, GREG WILLIAMSON, and DOES 1 to 100, Inclusive,<br><br>Defendants. | Case No. 1:12-CV-01150-AWI-JLT<br><br>**STIPULATION TO CONTINUE PRETRIAL CONFERENCE; ORDER THEREON**<br><br>TRIAL DATE: April 22, 2014<br>ACTION FILED: July 12, 2012 |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the Pretrial Conference in the above-captioned matter, currently scheduled for February 25, 2014, at 8:30 a.m. in Courtroom No. 2, be continued to March 12, 2014, at 8:30 a.m. in Courtroom No. 2. Good cause exists for the continuance in that defense counsel is scheduled to begin trial on February 24, 2014, in the case of *Tolbert v. Kaweah Delta Health Care District*, Tulare County

Superior Court Case No. VCU 250157. The *Tolbert* case is expected to begin trial as scheduled in that the case is entitled to preference due to the plaintiff's age and it is anticipated the trial will last approximately 7-10 days.

Dated: February 6, 2014

MARDEROSIAN, RUNYON
CERCONE & COHEN

/s/ Michael G. Marderosian

By:__________________________________

Michael G. Marderosian,
Attorneys for Defendants
above-named.

Dated: February 6, 2014

RODRIGUEZ & ASSOCIATES

/s/ Martha Rossiter

By:__________________________________

Martha Rossiter,
Attorneys for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT that the Pretrial Conference in the above-captioned matter, currently scheduled for February 25, 2014, at 8:30 a.m. in Courtroom No. 2, is hereby continued to March 12, 2014, at 8:30 a.m. in Courtroom No. 2.

IT IS SO ORDERED.

Dated: February 6, 2014

__________________________________
SENIOR DISTRICT JUDGE