**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **VICTORIA P. YOUNGBLOOD,** | **1:12-cv-1150 AWI  JLT** |
| **Plaintiff,** | |
| vs. | **ORDER CONTINUING PRETRIAL CONFERENCE DATE AND TRIAL DATE THIRTY DAYS** |
| **CITY OF BAKERSFIELD, CHRISTOPHER DALTON, GREG WILLIAMSON, and DOES 1 to 100, INCLUSIVE,** | |
| **Defendants.** | |

In this action for damages a pretrial conference is currently set for March 12, 2014. Also pending before the court is Defendants' motion for summary judgment, which was taken under submission as of January 6, 2014. Do to the press of matters currently before the court and do to the relatively large volume of materials submitted by the parties in relation to the motion for summary judgment, the court finds that a continuance of dates for the pretrial conference and related trial dates is necessary to provide time for the court to issue its decision on the motion for summary judgment ahead of the pretrial conference.

THEREFORE, it is hereby ORDERED that the pretrial conference currently scheduled for March 12, 2014, at 8:30 a.m., is CONTINUED to Wednesday, April 16, 2014 at 10:30 a.m.

The Trial Date, which is currently set for April 22, 2014, is hereby continued to Tuesday, May 20, 2014.

IT IS SO ORDERED.

Dated:  March 7, 2014                              _____
                                                                    SENIOR  DISTRICT  JUDGE