Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, RUNYON, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:   Defendants CITY OF BAKERSFIELD, CHRISTOPHER DALTON, GREG WILLIAMSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. YOUNGBLOOD, ) | Case No. 1:12-CV-01150-AWI-JLT |
| ) | |
| Plaintiff, ) | **STIPULATION TO VACATE TRIAL DATE** |
| ) | **AND PRETRIAL CONFERENCE DATE;** |
| vs. ) | **ORDER THEREON** |
| ) | |
| CITY OF BAKERSFIELD, CHRISTOPHER ) | |
| DALTON, GREG WILLIAMSON, and DOES 1 ) | CURRENT TRIAL DATE: May 20, 2014 |
| to 100, Inclusive, ) | ACTION FILED: July 12, 2012 |
| ) | |
| Defendants. ) | |
| ) | |

      IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that the trial of the above-captioned matter scheduled for May 20, 2014, at 8:30 a.m. in Courtroom No. 2 and the pretrial conference scheduled for April 16, 2014, at 10:30 a.m. in Courtroom No. 2 be vacated. Good cause exists in that the trial of this matter is anticipated to last approximately ten days which conflicts with a previously scheduled arbitration. The parties are currently meeting and

conferring on agreeable alternate trial and pretrial conference dates and will submit a stipulation and proposed order proposing new dates for the pretrial conference and the trial of this matter.

Dated: April 1, 2014                                       MARDEROSIAN, RUNYON
                                                           CERCONE & COHEN


                                                           /s/ Michael G. Marderosian
                                                    By:_____
                                                           Michael G. Marderosian,
                                                           Attorneys for Defendants
                                                           above-named.


Dated: April 1, 2014                                       RODRIGUEZ & ASSOCIATES


                                                           /s/ Martha Rossiter
                                                    By:_____
                                                           Martha Rossiter,
                                                           Attorneys for Plaintiff

**ORDER**

   IT IS HEREBY ORDERED THAT that the trial of the above-captioned matter scheduled for May 20, 2014, at 8:30 a.m. in Courtroom No. 2 and the pretrial conference scheduled for April 16, 2014, at 10:30 a.m. in Courtroom No. 2 are hereby vacated.

IT IS SO ORDERED.

Dated:  April 1, 2014                         _____
                                                    SENIOR DISTRICT JUDGE