DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
MARTHA J. ROSSITER, ESQ., SBN 256234
RODRIGUEZ & ASSOCIATES
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiff VICTORIA YOUNGBLOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. YOUNGBLOOD,<br><br>   Plaintiff,<br><br>   vs.<br><br>CITY OF BAKERSFIELD, CHRISTOPHER DALTON, GREG WILLIAMSON, and DOES 1 to 100, Inclusive,<br><br>   Defendants. | **Case No. 1:12-CV-01150-AWI-JLT**<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL DATE TO JANUARY 21, 2015** |

Victoria Youngblood, through the undersigned counsel of record, and defendants City of Bakersfield, Christopher Dalton, and Greg Williamson, through their undersigned counsel of record, hereby stipulate and respectfully request the Court to continue the trial date to January 21, 2015.

STIPULATION TO CONTINUE TRIAL AND [PROPOSED] ORDER - 1

The matter was originally set for trial on April 22, 2014. On its own motion, the Court continued the case to May 20, 2014. However, defense counsel had a conflict on that date and as such, the Court advised the parties to meet and confer to select a new date that worked for all parties. The parties stipulated to vacate the May 20, 2014 trial date, which the Court ordered. [See Dkt No. 62].

Having met and conferred, the parties respectfully request that the Court reset the trial of this matter to January 21, 2015 and set the pretrial conference on or about December 11, 2014.

IT IS SO STIPULATED.

Respectfully submitted,

Dated:  June 18, 2014                    RODRIGUEZ & ASSOCIATES

_____
 Martha J. Rossiter
Attorney for Plaintiff


Dated:  June 18, 2014                    CITY OF BAKERSFIELD

_____
Michael Marderosian
Attorney for Defendants

DANIEL RODRIGUEZ, ESQ., SBN 096625
JOEL T. ANDREESEN, ESQ., SBN 152254
MARTHA J. ROSSITER, ESQ., SBN 256234
RODRIGUEZ & ASSOCIATES
2020 EYE STREET, BAKERSFIELD, CA  93301
TELEPHONE:  (661) 323-1400   FAX: (661) 323-0132

Attorneys for Plaintiff VICTORIA YOUNGBLOOD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. YOUNGBLOOD,<br><br>    Plaintiff,<br><br>vs.<br><br>CITY OF BAKERSFIELD, CHRISTOPHER DALTON, GREG WILLIAMSON, and DOES 1 to 100, Inclusive,<br><br>    Defendants. | **Case No. 1:12-CV-01150-AWI-JLT**<br><br>**ORDER CONTINUING TRIAL DATE** |

    This matter came before the Court on the parties' stipulation to continue the trial date to January 21, 2015. The Court ADOPTS the stipulation and finds good cause to continue the date.

---

STIPULATION TO CONTINUE TRIAL AND [PROPOSED] ORDER - 3

Accordingly, IT IS HEREBY ORDERED THAT:

1. The trial in this matter is continued from May 20, 2014 to January 21, 2015 at 8:30 a.m.;

2. That the pretrial conference be continued to December 11, 2014, at 8:30 a.m.

IT IS SO ORDERED.

Dated:   June 18, 2014                            _____
                                                  SENIOR DISTRICT JUDGE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN

    I am employed in the County of Kern, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2020 Eye Street, Bakersfield, California  93301

On June    , 2014, I served the foregoing document described as follows:

<u>X</u>    by placing the true copies thereof
<u>   </u>    by placing the original

addressed as follows:        **<u>SEE ATTACHED SERVICE LIST</u>**

  <u>X</u>   **BY MAIL** - I enclosed such document in a sealed envelope and caused such envelope to be deposited in the mail at Bakersfield, California.  The envelope was mailed with postage thereon fully prepaid.  I am "readily familiar" with this firm's practice of collection and processing of correspondence for mailing.  It is deposited with the U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of party, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing affidavit.

<u>     </u>    **BY OVERNIGHT DELIVERY** -  I enclosed such document in a sealed envelope and caused it to be deposited in a box or other facility regularly maintained by the express service carrier, or delivered to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the office address as last given by that person.

<u>     </u>    **BY FACSIMILE** - I caused such document to be transmitted to a facsimile machine maintained by the person on whom it is served at the facsimile machine telephone number as last given by that person.

<u>     </u>    **BY PERSONAL SERVICE** - I enclosed such document in a sealed envelope and caused it to be delivered by hand to the offices of the addressee(s).

        Executed on June , 2014 at Bakersfield, California.

<u>X</u>    (Federal)     I declare under penalty of perjury under the laws of the United States that the above is true and correct.

STIPULATION TO CONTINUE TRIAL AND [PROPOSED] ORDER - 5

_____
PATRICK BENITEZ

**PROOF OF SERVICE LIST**

| | |
|---|---|
| Michael G. Marderosian, Esq. | **ATTORNEYS FOR DEFENDANTS:** |
| Heather S. Cohen, Esq. | **CITY OF BAKERSFIELD,** |

STIPULATION TO CONTINUE TRIAL AND [PROPOSED] ORDER - 6

| | |
|---|---|
| MARDEROSIAN, RUNYON, CERCONE & COHEN<br>1260 Fulton Mall<br>Fresno, CA 93721 | **CHRISTOPHER DALTON, and GREG WILLIAMSON** |
| Virginia Gennaro, Esq.<br>City Attorney<br>CITY OF BAKERSFIELD<br>1501 Truxtun Avenue<br>Bakersfield, CA 93301 | **<u>ATTORNEY FOR DEFENDANTS:</u><br>CITY OF BAKERSFIELD,<br>CHRISTOPHER DALTON, and GREG WILLIAMSON** |