1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. YOUNGBLOOD, | Case No.: 1:12-cv-01150 JLT |
| Plaintiff, | ORDER AFTER NOTICE OF SETTLEMENT |
| v. | (Doc. 76) |
| CITY OF BAKERSFIELD, et al., | |
| Defendants. | |

On December 8, 2014, the parties filed a joint notice that the matter has been settled in full. (Doc. 76) Pursuant to Local Rule 160, IT IS HEREBY ORDERED:

1. The stipulated request for dismissal SHALL be filed no later than January 30, 2015;
2. All pending dates, conferences and hearings are VACATED and any pending motions are ordered TERMINATED.

IT IS SO ORDERED.

Dated:   **December 9, 2014**         /s/ Jennifer L. Thurston
                                      UNITED STATES MAGISTRATE JUDGE

1