Michael G. Marderosian, No. 77296
Heather S. Cohen, No. 263093
MARDEROSIAN, CERCONE & COHEN
1260 Fulton Mall
Fresno, CA 93721
Telephone: (559) 441-7991
Facsimile: (559) 441-8170

Virginia Gennaro, No. 138877
City Attorney
CITY OF BAKERSFIELD
1501 Truxtun Avenue
Bakersfield, CA 93301
Telephone: (661) 326-3721
Facsimile: (661) 852-2020

Attorneys for:   Defendants CITY OF BAKERSFIELD, CHRISTOPHER DALTON, GREG WILLIAMSON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTORIA P. YOUNGBLOOD,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>CITY OF BAKERSFIELD, CHRISTOPHER DALTON, GREG WILLIAMSON, and DOES 1 to 100, Inclusive,<br><br>　　　　Defendants. | Case No. 1:12-CV-01150-JLT<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE; [~~PROPOSED~~] ORDER** |

## STIPULATION

Pursuant to Federal Rule of Civil Procedure 41(a), and subject to the approval and order of the Court as provided below, the undersigned parties hereby stipulated to the dismissal of this action with prejudice, with each party to bear its own attorneys' fees and

1

costs, and request that the Court enter an Order dismissing this action with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: January 9, 2015.                MARDEROSIAN, CERCONE & COHEN

                                       /s/ Michael G. Marderosian
                                By:_____
                                       Michael G. Marderosian
                                       Attorney for Defendants
                                       above-named.

Dated: January 9, 2015.                RODRIGUEZ & ASSOCIATES

                                       /s/ Martha Rossiter
                                By:_____
                                       Martha Rossiter
                                       Attorneys for Plaintiff

## ORDER

The foregoing Stipulation of the parties is accepted and approved, and this action is hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

   Dated:   **January 9, 2015**              **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE